No. 97–454. UNITED STATES *v.* CPC INTERNATIONAL, INC., ET AL. C. A. 6th Cir. Certiorari granted. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 23, 1998. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 20, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 18, 1998. This Court's Rule 29.2 does not apply.

No. 97–679. AMERICAN TELEPHONE & TELEGRAPH CO. *v.* CENTRAL OFFICE TELEPHONE, INC. C. A. 9th Cir. Motion of United States Telephone Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 23, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 20, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 18, 1998. This Court's Rule 29.2 does not apply. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.